IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL HICKS | NO.<br><br>3-19CR-665-B |

**INDICTMENT**

The Grand Jury charges:

Count One
Attempted Production of Child Pornography
(Violation of 18 U.S.C. §§ 2251(a) and (e))

On or about August 28, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Daniel Hicks**, used, persuaded, induced, enticed, and knowingly attempted to use, persuade, induce, and entice Jane Doe, a person **Hicks** believed to be under the age of eighteen (18) years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were produced using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, by using a cellular telephone and text messaging to send a series of messages to Jane Doe, who he thought was a minor girl, requesting that she produce visual depictions of herself depicting the lewd and lascivious exhibition of her genitals and to send the images to him via text messaging, as defined in 18 U.S.C. § 2256.

In violation of 18 U.S.C. § 2251(a), the penalty for which is found at 18 U.S.C. § 2251(e).

Indictment—Page 1

<u>Count Two</u>
Attempted Transfer of Obscene Matter to a Minor
(Violation of 18 U.S.C. § 1470)

On or about August 28, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Daniel Hicks**, knowingly used his cellular telephone, which is a facility and means of interstate commerce, and transferred to another individual who he believed had not attained the age of sixteen years, obscene matter, including a photo depicting himself naked and exposing his genitals.

In violation of 18 U.S.C. § 1470.

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of any of the offenses alleged in Counts One and Two and pursuant to 18 U.S.C. § 2253(a), the defendant, **Daniel Hicks**, shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2251, and any book, magazine, periodical, film, videotape, or other matter which contains any suchvisual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture from the previously-mentioned defendant includes, but is not limited to, any interest in the following:

1. Motorola Moto E5, Serial Number ZY323R74X4;
2. ZTE Model Z558VL, Serial Number 320484684545; and
3. Blu Studio 5.0, FCC ID YHLBLUSTUDIOHD.

A TRUE BILL:

*[signature]*

FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

*Cara Foss Preis for Melanie Smith*

MELANIE SMITH
Assistant United States Attorney
Virginia State Bar No. 82663
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8809
Email: melanie.smith@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

DANIEL HICKS

INDICTMENT

18 U.S.C. §§ 2251(a) and (e)
Attempted Production of Child Pornography
(Count 1)

18 U.S.C. § 1470
Attempted Transfer of Obscene Matter to a Minor
(Count 2)

18 U.S.C. § 2253
Forfeiture Notice

2 Counts

A true bill rendered

_____
DALLAS                                                                    FOREPERSON

Filed in open court this 18th day of December, 2019.

-----------------------------------------------------------------------

**Warrant to be Issued - In State Custody**

-----------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending